Joshua L. Goldstein, Esq. Bar # 332467
Email: jg@jgoldlaw.com
Attorney for Plaintiff, Aisha Billoo
Goldstein Immigration Lawyers
2217 Jerome Way
Los Angeles, CA 90039
Phone Number: (213) 425-1979
Fax Number: (617) 890-0325

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISHA BILLOO,<br>Plaintiff<br><br>v.<br><br>KATHY A. BARAN, et al.<br>Defendants. | Civil Action No. 2:2021-cv-05401 CBM-JPR(ECF)<br><br>**ORDER [JS-6]** |

Upon consideration of Parties' *Stipulation for Dismissal*, it is hereby:

**ORDERED** that this action shall be dismissed, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees

**SO ORDERED** this 11TH day of JULY 2022.

_____
The Honorable Consuelo B. Marshall,
United States District Judge

**LIST OF NAMES AND ADDRESSES OF ALL ATTORNEYS ENTITLED TO BE NOTIFIED OF THE ORDER'S ENTRY**

The following attorneys are entitled to be notified of the entry of this Order:

1

1  JOSHUA L. GOLDSTEIN, ESQ.
2  Attorney for Plaintiff
3  Goldstein Immigration Lawyers
   2217 Jerome Way
4  Los Angeles, CA 90039
5  Telephone: 213-425-1979
6  Email: jg@jgoldlaw.com
7  United States District Court for the Central District of California Bar# 332467

8  DAVID PINCHAS (Cal. Bar No. 130751)
9  Assistant United States Attorney
10 Federal Building, Suite 7516
   300 North Los Angeles Street
11 Los Angeles, California 90012
12 Telephone: (213) 894-2920
   Facsimile: (213) 894-7819
13 E-mail:david.pinchas@usdoj.gov